May 30, 2013



# JUDGMENT

# 𝕿𝖍𝖊 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

JANIE MILLS, Appellant

NO. 14-12-00331-CV                          V.

FEDERAL NATIONAL MORTGAGE ASSOCIATION, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on March 6, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Janie Mills.

We further order this decision certified below for observance.